ADAM PAUL LAXALT
  Attorney General
CLARK G. LESLIE, Bar No. 10124
  Chief Deputy Attorney General
WADE BEAVERS, Bar No. 13451
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1258
E-mail: cleslie@ag.nv.gov

*Attorneys for Defendants*
*Dr. Grant Lee, Carla Murakami,*
*and the Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MORSE III, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GRANT LEE, *et al.*, <br><br> Defendants. | Case No. 3:17-cv-00209-LRH-VPC <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    Plaintiffs John Morse III, individually and as co-administrator of the estate of John Morse IV; Debbie Morse, individually and as co-administrator of the estate of John Morse IV; and Stephanie Morse; by and through counsel; and Defendants Grant Lee, Carla Murakami, and the Nevada Department of Corrections, by and through counsel, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1) that the above-captioned action should be dismissed with prejudice.

///

///

///

///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs.

DATED this 26th day of September, 2017.   DATED this 29th day of September, 2017.

ADAM PAUL LAXALT
Attorney General

By: _____    By: _____
Luke Busby, Esq.                Clark G. Leslie
Luke Andrew Busby, Ltd.         Chief Deputy Attorney General
Nevada Bar No. 10319            Bureau of Litigation
                                Public Safety Division
*Attorney for the Plaintiffs*

*Attorneys for Defendants*

## ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED this _____ day of _____, 2017.

_____
DISTRICT JUDGE